**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1928**

_____

MICHAEL J. SINDRAM,

Plaintiff – Appellant,

v.

DOUGLAS B. ROBELEN, State Actor,

Defendant – Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:09-cv-01082-GBL-IDD)

_____

Submitted:  November 18, 2010      Decided:  November 24, 2010

_____

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael J. Sindram, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Sindram appeals the district court's order denying as frivolous his motion seeking leave to proceed in forma pauperis on appeal in No. 10-1374. The denial of in forma pauperis status is immediately appealable. Roberts v. United States Dist. Ct., 339 U.S. 844, 845 (1950) (per curiam). We have reviewed the record and conclude the appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis on appeal and dismiss the appeal for the reasons stated by the district court. See Sindram v. Robelen, No. 1:09-cv-01082-GBL-IDD (E.D. Va. filed July 14, 2010 & entered July 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2